**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN POINT-TO-POINT NETWORK COMMUNICATION DEVICES AND PRODUCTS CONTAINING SAME** | **MISC. CIV. NO. 13-mc-91294**<br><br>**(On Application from International Trade Commission Investigation No. 337-TA-892)** |

**APPLICATION FOR THE ISSUANCE OF A DEPOSITION ORDER UPON RECOMMENDATION FROM THE INTERNATIONAL TRADE COMMISSION**

Applicant Straight Path IP Group, Inc. ("Straight Path"), Complainant in the above-captioned International Trade Commission Investigation, hereby applies for the issuance of an order to take certain depositions in Tokyo, Japan of employees and designees of Respondent Toshiba Corporation, Toshiba America Inc., and Toshiba America Information Systems, Inc. (collectively, "Toshiba").

Straight Path attaches hereto, as Exhibit A, Order No. 12 in Investigation No. 337-TA-892.  Order No. 12 was issued on November 27, 2013 by Administrative Law Judge David P. Shaw and Secretary of the International Trade Commission Lisa R. Barton.  This Order granted the unopposed application for a recommendation to this Court to issue an order/commission requiring depositions of designees of Toshiba in Tokyo, Japan.

Pursuant to Exhibit A, Straight Path respectfully requests that this Court issue an Order substantially in the form of the Proposed Order attached hereto as Exhibit B that the depositions specified therein be taken in Tokyo, Japan.

Dated: November 27, 2013						/s/ Michael C. Newman
Michael C. Newman (BBO No. 667520)
MCNewman@mintz.com
Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02110
Phone: (617) 348-1629
Fax: (617) 542-2241

*Counsel for Complainant*
*Straight Path IP Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 21, 2013.

/s/ Michael C. Newman
Michael C. Newman (BBO No. 667520)